UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EXEL NORTH AMERICA, INC.,

    Plaintiff,

Case No. 14-cv-12646
Hon. Matthew F. Leitman

v.

INTEGRATED DISPENSE
SOLUTIONS LLC, et al.,

    Defendants.
_____/

## ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINE TO FILE PROPONENT'S EXPERT REPORTS (ECF # 46)

On July 6, 2015, Plaintiff Exel North America, Inc. ("Exel") filed a "Motion for Extension of Deadline to File Proponent's Expert Reports." (*See* ECF #46.) Defendants filed a response on July 17, 2015. (*See* ECF #47.) The Court held an on-the-record telephonic status conference with counsel for all parties on July 22, 2015, to discuss Exel's motion and the status of ongoing discovery. Having conferred with the parties, **IT IS HEREBY ORDERED** that Exel's motion is **GRANTED IN PART** as follows:

1. Defendant Integrated Dispense Solutions LLC ("IDS") may designate portions of the transcript of the previously-taken deposition of Andrew Hryckowian ("Hryckowian") as its testimony pursuant to Federal Rule of Civil Procedure 30(b)(6).

1

2. Exel may conduct a 30(b)(6) deposition of IDS with respect to the technical development of the source code at issue in this action. IDS has represented that its designee for this deposition will be Hryckowian. The deposition shall not exceed 3.5 hours. During this continued deposition, Exel shall not ask questions that it asked Hryckowian in the portions of his previous deposition that have been designated as IDS' testimony pursuant to Federal Rule of Civil Procedure 30(b)(6).

3. Exel's deadline to file its expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) is extended until 30 days following the completion of the above-referenced 30(b)(6) deposition. Exel shall inform the Court of the date of the deposition so that the Court can re-schedule this deadline.

4. The parties are hereby notified that the Court will hold a telephonic status conference on **September 21, 2015, at 10:00 a.m.**

**IT IS SO ORDERED**.

Dated:  July 22, 2015

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 22, 2015, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113